# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>BONAFICIO SILVA-LARIOS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 5:25-mj-00095-CDB<br>)<br>)<br>)<br>) |

**FILED**
Dec 05, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   November 18, 2025   in the county of   Kern   in the
  Eastern   District of   California  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 751(a) | Attemped Escape<br><br>Max Penalties:<br>1 year of imprisonment and/or<br>$100,000 Fine<br>5 years of probation<br>$25 special assessment |

This criminal complaint is based on these facts:

See attached affidavit of HSI Speical Agent, Monique Jacques, incorporated hereto.

☑ Continued on the attached sheet.

*Complainant's signature*

Monique Jacques, HSI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by email and telephone.

Date:   December 5, 2025

*Judge's signature*

City and state:   Bakerfsield, California     Hon. Christopher D. Baker, U.S. Magistrate Judge
*Printed name and title*

ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



**FILED**

**Dec 05, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CASE NO. 5:25-mj-00095-CDB

AFFIDAVIT OF MONIQUE JACQUES

I, Monique Jacques, being duly sworn, state as follows:

**AGENT BACKGROUND**

1.  I am a Special Agent at Homeland Security Investigations. I have been a Special Agent for 6 years.

2.  As part of my regular duties as a Special Agent, I investigate criminal violations of the federal laws, including Title 18, United States Code, Sections 751(a) (attempted escape in federal jurisdiction) amongst other offenses. I have received training regarding, among other things, assaults at the Federal Law Enforcement Training Center.

3.  This affidavit is made in support of a request for a criminal complaint and arrest warrant charging BONIFACIO SILVA-LARIOS for a violation of 18 U.S.C. § 751(a), Attempted Escape.

4.  Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause for the requested complaint and arrest warrant. Where statements of others are set forth in this affidavit, they are set forth in substance

and in part. The information contained in this affidavit is based upon my personal observations and training as well as information related to me by other law enforcement officers and/or agents.

**JURISDICTION**

5. The facts in support of this affidavit occurred within the Golden State Annex (GSA) in McFarland, California. GSA is an area of federally owned detention facility administered by the Department of Homeland Security. GSA is located within Kern County and is located within the Eastern District of California. All the facts described below occurred in the GSA detention facility.

**PROBABLE CAUSE**

6. BONAFICIO SILVA-LARIOS is an Immigration and Customs Enforcement (ICE) detainee that is currently being detained in custody of the Department of Homeland Security for violations of immigration law. SILVA-LARIOS is a mandatory detention ICE detainee with no release and to remain in detention until his removal from the United States. SILVA-LARIOS is being detained at Golden State Annex (GSA) in McFarland, California, pending his immigration proceedings.

7. On November 18, 2025, at approximately 1226 hours, detainees from housing unit B-4 were released to the B-outdoor recreation yard.

8. At 1310 hours detainee SILVA-LARIOS climbed the northwest corner interior B-side recreation yard cross fence. SILVA-LARIOS climbed down the fence into the out of bounds area between the B-housing unit and ran to the next interior cross fence Gate #6. SILVA-LARIOS climbed the cross fence and dropped to the ground into out of bounds area and ran to the next interior cross fence Gate #5.

9. SILVA-LARIOS climbed gate #5 and dropped to the ground into out of bounds area. SILVA-LARIOS partially climbed a section of the inner perimeter fence and jumped down from inner perimeter fence. A perimeter Officer observed SILVA-LARIOS in the out of bounds area and contacted Central control via radio.

10. A responding officer reported to the scene and SILVA-LARIOS ran to an area in the out of bounds and a perimeter officer responded. Once perimeter officers prepared to deploy chemical munitions, SILVA-LARIOS then sat on the ground.

11. Two responding officers entered gate #4 and placed SILVA-LARIOS into hand restraints and escorted him to the medical department due to sustained cuts on his legs and arms from climbing over multiple razor wire strands on the fencing.

12. SILVA-LARIOS attempted to escape the facility, however he was unable to climb over the last perimeter fence that has razor wire strands on the fencing, due to responding officers apprehending him.

13. All the above conduct is captured in video surveillance footage that I previously reviewed.

14. The above facts set forth probable cause to believe that SILVA-LARIOS is in violation of 18 United States Code section 751(a), Attempted Escape. I therefore request that the Court issue the criminal complaint and arrest warrant for SILVA-LARIOS.

I declare under penalty of perjury, that the foregoing information is true and correct to the best of my knowledge.

Respectfully Submitted,

_____
Monique Jacques, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone on \_\_December 5\_\_\_, 2025.

_____
Hon. Christopher D. Baker
United States Magistrate Judge

Reviewed as to form and substance:

/s/ Arelis M. Clemente
ARELIS M. CLEMENTE

3